

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00232-CR & 04-19-00233-CR

Ambrosio Rodriguez **LERMA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B17137 & B17636
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment in Appeal No. 04-19-00233-CR (Trial Court Cause No. B17636) is MODIFIED to delete the assessment of court-appointed attorney's fees against appellant Ambrosio Rodriguez Lerma, Jr., and that judgment is AFFIRMED AS MODIFIED.

The judgment in Appeal No. 04-19-00232-CR (Trial Court Cause No. B17137) is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED February 5, 2020.

_____
Beth Watkins, Justice